**United States v. Joseph Corozzo, et al.**
**Summary of Charges by Defendant**

| Defendant | Counts / Racketeering Acts ("RA") (includes conspiracy, attempt, and/or aiding and abetting) |
|---|---|
| JOSEPH COROZZO<br>a/k/a "JoJo" | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Cocaine Trafficking (RA Two, Count Seven)<br>– Marijuana Trafficking (RA Three, Count Eight)<br>– Sports Betting (RA Five, Count Ten)<br>– Poker Games (RA Seven, Count Twelve)<br>– Video Poker Machines (RA Eight, Count Thirteen)<br>– Loansharking (RA Nine, Counts Fourteen and Fifteen)<br>– Extortion and Extortion Conspiracy – "Victim-1" (RA Ten, Count Sixteen)<br>– Extortion and Extortion Conspiracy – "Victim-2" (RA Eleven)<br>– Arson (RA Thirteen) |
| BARTOLOMEO VERNACE<br>a/k/a "Bobby" | – Racketeering (Count Two)<br>– Sports Betting (RA Five, Count Ten)<br>– Poker Games (RA Seven, Count Twelve)<br>– Loansharking (RA Nine, Counts Fourteen and Fifteen) |
| ALPHONSE TRUCCHIO | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Cocaine Trafficking (RA Two, Count Seven)<br>– Marijuana Trafficking (RA Three, Count Eight)<br>– Ecstasy Trafficking (RA Four, Count Nine)<br>– Sports Betting (RA Five, Count Ten)<br>– Baccarat or "Chemin de Fer" (RA Six, Count Eleven)<br>– Poker Games (RA Seven, Count Twelve)<br>– Loansharking (RA Nine, Counts Fourteen and Fifteen)<br>– Assault in Aid of Racketeering – "Victim-4"(Count Five)<br>– Assault in Aid of Racketeering – "Victim-5"(Count Six) |

1

| LOUIS MASTRANGELO | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Cocaine Trafficking (RA Two, Count Seven)<br>– Marijuana Trafficking (RA Three, Count Eight)<br>– Ecstasy Trafficking (RA Four, Count Nine)<br>– Sports Betting (RA Five, Count Ten)<br>– Poker Games (RA Seven, Count Twelve)<br>– Video Poker Machines (RA Eight, Count Thirteen)<br>– Loansharking (RA Nine, Counts Fourteen and Fifteen)<br>– Extortion and Extortion Conspiracy – "Victim-1" (RA Ten, Count Sixteen) |
|---|---|
| MICHAEL ROCCAFORTE<br>a/k/a "Roc" | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Cocaine Trafficking (RA Two, Count Seven)<br>– Marijuana Trafficking (RA Three, Count Eight)<br>– Ecstasy Trafficking (RA Four, Count Nine)<br>– Sports Betting (RA Five, Count Ten)<br>– Baccarat or "Chemin de Fer" (RA Six, Count Eleven)<br>– Poker Games (RA Seven, Count Twelve)<br>– Loansharking (RA Nine, Counts Fourteen and Fifteen) |
| ANTHONY MOSCATIELLO | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Marijuana Trafficking (RA Three, Count Eight)<br>– Sports Betting (RA Five, Count Ten)<br>– Baccarat or "Chemin de Fer" (RA Six, Count Eleven)<br>– Poker Games (RA Seven, Count Twelve)<br>– Loansharking (RA Nine, Counts Fourteen and Fifteen)<br>– Arson (RA Thirteen) |
| VINCENZO FROGIERO<br>a/k/a "Vinny Carwash" | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Poker Games (RA Seven, Count Twelve)<br>– Loansharking (RA Nine, Counts Fourteen and Fifteen) |

| | |
|---|---|
| TODD LABARCA | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Murder of Marty Bosshart (RA One, Count Three, Count Four)<br>– Marijuana Trafficking (RA Three, Count Eight)<br>– Ecstasy Trafficking (RA Four, Count Nine)<br>– Sports Betting (RA Five, Count Ten)<br>– Poker Games (RA Seven, Count Twelve)<br>– Video Poker Machines (RA Eight, Count Thirteen)<br>– Loansharking (RA Nine, Counts Fourteen and Fifteen)<br>– Extortion and Extortion Conspiracy – "Victim-3" (RA Twelve, Count Seventeen)<br>– Possession and Use of Firearm Relating to Crime of Violence (Count Eighteen) |
| FRANK BELLANTONI<br>a/k/a "Meatball" | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Sports Betting (RA Five, Count Ten)<br>– Baccarat or "Chemin de Fer" (RA Six, Count Eleven)<br>– Poker Games (RA Seven, Count Twelve)<br>– Loansharking (RA Nine, Counts Fourteen and Fifteen) |
| CHRISTOPHER COLON | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Ecstasy Trafficking (RA Four, Count Nine)<br>– Sports Betting (RA Five, Count Ten)<br>– Poker Games (RA Seven, Count Twelve)<br>– Loansharking (RA Nine, Counts Fourteen and Fifteen)<br>– Assault in Aid of Racketeering – "Victim-4" (Count Five)<br>– Assault in Aid of Racketeering – "Victim-5" (Count Six) |
| CHRISTOPHER REYNOLDS<br>a/k/a "Burger" | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Marijuana Trafficking (RA Three, Count Eight)<br>– Sports Betting (RA Five, Count Ten)<br>– Assault in Aid of Racketeering – "Victim-5" (Count Six) |
| SALVATORE TORTORICI | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Cocaine Trafficking (RA Two, Count Seven)<br>– Sports Betting (RA Five, Count Ten)<br>– Loansharking (RA Nine, Counts Fourteen and Fifteen) |

| | |
|---|---|
| MICHAEL RUSSO<br>a/k/a "Mush" | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Sports Betting (RA Five, Count Ten)<br>– Baccarat or "Chemin de Fer" (RA Six, Count Eleven)<br>– Poker Games (RA Seven, Count Twelve) |
| ANTHINO RUSSO<br>a/k/a "Hootie" | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Cocaine Trafficking (RA Two, Count Seven)<br>– Marijuana Trafficking (RA Three, Count Eight)<br>– Sports Betting (RA Five, Count Ten) |
| FRANK ROCCAFORTE | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Sports Betting (RA Five, Count Ten)<br>– Poker Games (RA Seven, Count Twelve)<br>– Loansharking (RA Nine, Counts Fourteen and Fifteen)<br>– Assault in Aid of Racketeering – "Victim-5"(Count Six) |
| JOHN BRANCACCIO<br>a/k/a "Johnny Bandana" | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Cocaine Trafficking (RA Two, Count Seven)<br>– Marijuana Trafficking (RA Three, Count Eight)<br>– Sports Betting (RA Five, Count Ten)<br>– Extortion and Extortion Conspiracy – "Victim-3" (RA Twelve, Count Seventeen)<br>– Possession and Use of Firearm Relating to Crime of Violence (Count Eighteen) |
| SALVATORE ACCARDI | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Sports Betting (RA Five, Count Ten)<br>– Poker Games (RA Seven, Count Twelve)<br>– Extortion and Extortion Conspiracy – "Victim-3" (RA Twelve, Count Seventeen)<br>– Possession and Use of Firearm Relating to Crime of Violence (Count Eighteen) |
| KEITH CROCE | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Cocaine Trafficking (RA Two, Count Seven)<br>– Sports Betting (RA Five, Count Ten) |
| SEAN DUNN | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Cocaine Trafficking (RA Two, Count Seven)<br>– Marijuana Trafficking (RA Three, Count Eight)<br>– Loansharking (RA Nine, Counts Fourteen and Fifteen) |

| ROBERT BUCHOLZ | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Marijuana Trafficking (RA Three, Count Eight)<br>– Ecstasy Trafficking (RA Four, Count Nine) |
|---|---|
| MICHAEL KUHTENIA<br>a/k/a "Jello" | – Racketeering Conspiracy, Racketeering (Counts One and Two)<br>– Sports Betting (RA Five, Count Ten)<br>– Poker Games (RA Seven, Count Twelve)<br>– Loansharking (RA Nine, Counts Fourteen and Fifteen) |