**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

RECEIVED
MAY 16 2013
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/13

**By Fax**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Bartolomeo Vernace, 11 Cr. 12 (RMB)

Dear Judge Berman:

      We write to request that the Court adjourn the status conference currently scheduled on Monday, May 20, 2013 at 4:00 p.m. until a date that is convenient to the Court in approximately 45 days. The Court previously adjourned a status conference in this matter for the parties to discuss a disposition while a trial involving the defendant proceeded in the Eastern District of New York. That trial has concluded, and in light of the verdict, the parties need additional time to complete their plea discussions, which we believe will result in a negotiated disposition. Accordingly, we respectfully ask for approximately 45 additional days to continue such negotiations and request that the Court exclude time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference. The ends of justice served by such a continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow the parties to continue discussing a potential disposition of the case. The defendant, through counsel, consents to such exclusion of time, and we enclose a proposed order herewith.

Respectfully submitted,
PREET BHARARA

By: /s/ Jason A. Masimore
Jason A. Masimore
Assistant U.S. Attorney
(212) 637-2580

*[Handwritten endorsement:]* Conference is adjourned to July 8, 2013 at 10:00 am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

cc: Charles F. Carnesi, Esq. (by email to cfcarnesi49@aol.com)

SO ORDERED:
Date: 5/16/13 Richard M. Berman
Richard M. Berman, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

BARTOLOMEO VERNACE,

        Defendant.

**ORDER**

11 Cr. 12 (RMB)

Upon the application of the United States of America, by and through Assistant United States Attorney Jason A. Masimore, and with the consent of BARTOLOMEO VERNACE, the defendant, by and through his counsel Charles F. Carnesi, Esq., it is hereby ORDERED that the time between the date of this Order and the date of the next scheduled conference, _July 8, 2013_, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow the parties to continue discussing a potential disposition of the case.

Dated: New York, New York
      May 16, 2013

_Richard M. Berman_
HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE